

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: VERONICA CHAVEZ VARA, | § | No. 08-23-00190-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Guadalupe Rivera, Judge of the 388th District Court of El Paso, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 26TH DAY OF JULY, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.